Rick Lawton, Esq.
Nevada Bar No. 00694
LAW OFFICE OF RICK LAWTON, P.C.
1460 Hwy 95A North, Suite One
Fernley Nevada 89408
Telephone (775) 575-2208
Facsimile (775) 575-2406

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DANIEL KAHLER,

    *Plaintiff,*

vs.

BANK OF AMERICA, NA, a National Banking Association; PRLAP, INC.; MARLENE COLLINS, individually; and DOES 1-25; DOES and ROES 1-25 Individuals; Partnerships, or anyone claiming any interest to the property described in this action,

    *Defendants.*

**3:10CV 00022 RCJ VPC**

## STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE
## AND RELEASE OF LIS PENDENS

WHEREAS, Plaintiff, DANIEL KAHLER and Defendant BANK OF AMERICA NA, wish to fully resolve this matter.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DANIEL KAHLER, by and through his counsel of record RICK LAWTON, Esquire, and Defendant BANK OF AMERICA, NA, by and through their counsel of record, JODY

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1 L. BUZICKY, Esquire and MICHAEL POLI, Esquire, that all of Plaintiff's claims and

2 causes of action against all Defendants be dismissed with prejudice.

3 IT IS HEREBY FURTHER STIPULATED AND AGREED that all Parties will

4 each bear their own attorneys' fees and costs.

5

6 IT IS HEREBY FURTHER STIPULATED AND AGREED that the Notice of Lis

7 Pendens recorded on December 8, 2009, as Document number 755199 of the

8 Official Records of Douglas County, Nevada is hereby expunged.

9 Dated: May 12, 2011           Dated: May 12, 2011

Jody L Buzicky, Esquire              Rick Lawton, Esquire
Attorney for Bank of America         Attorney for Plaintiff, Daniel Kahler

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

## ORDER

IT IS SO ORDERED.

DATED this 14th day of July, 2011.

_____
DISTRICT COURT JUDGE

Submitted by:
LAW OFFICE OF RICK LAWTON, P.C.

_____
RICK LAWTON, ESQ.
Nevada Bar No. 00694
1460 Hwy 95A North, Suite One
Fernley NV 89408
Attorney for Plaintiff

## AFFIRMATION PURSUANT TO NRS 239B.030

The undersigned hereby declares and affirms that the preceding document, DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY PERSON.

DATED: This 17 day of May, 2011.

/S/ RICK LAWTON ESQ.
Rick Lawton Esq.
Attorney for Plaintiff
State Bar # 00694

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I, the undersigned, hereby certify that I am an employee of the Law Office of Rick Lawton, P.C., and that on this date I deposited for mailing at Fernley, Nevada, postage pre-paid, a true and correct copy of the STIPULATION TO DISMISS to the following:

ALL ATTORNEYS OF RECORD:

[X]   AUTOMATIC  eFlex electronic notification pursuant to Local Rules of Second Judicial District. Or using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

Dated: this 14th day of May, 2011

/s/ Lavinia Johnston

Lavinia Johnston

Rick Lawton's Law Office

1460 Hwy 95A N. Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net